**Dorisene ANDERSON, Appellant,**

v.

**TARGET CORPORATION, Appellee.**

No. 06–3797.

United States Court of Appeals, Eighth Circuit.

Submitted: March 3, 2008.

Filed: March 10, 2008.

Dorisene Anderson, Woodbury, MN, pro se.

Joseph G. Schmitt, Sandra L. Jezierski, Halleland & Lewis, Minneapolis, MN, for Appellee.

---

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Dorisene Anderson appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action against her former employer, Target Corporation. Having carefully reviewed the record and considered Anderson's arguments, we find no basis for reversal. *See Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (de novo standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.